IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JENNIFER LANDRY,

     Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC,

     Defendant.

CIVIL ACTION NO.
1:25-cv-03096-JPB-RDC

## **ORDER**

The parties have settled their dispute. (Doc. 13). They are **ORDERED** to file appropriate dismissal documents within **60 DAYS** of this Order. In the meantime, the undersigned **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE**[1] this case and to terminate the referral.

IT IS SO **ORDERED** on this 20th day of October 2025.

REGINA D. CANNON
United States Magistrate Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The procedure will not prejudice the parties' rights, and they may file a motion to re-open if settlement fails.